Joseph Lavi, Esq. (SBN 209776)
Email: jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
Email: vgranberry@lelawfirm.com
Courtney M. Miller, Esq. (SBN 327850)
Email: cmiller@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff JUAN RAZO
on behalf of himself and all other current
and former aggrieved California-based hourly non-exempt employees

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAZO on behalf of himself and all other current and former aggrieved California-based hourly non-exempt employees,<br><br>Plaintiff,<br><br>vs.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC; CEMEX CONSTRUCTION MATERIALS SOUTH, LLC; CEMEX TRUCKING, INC.; CEMEX, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-11175-MWF-KSx<br><br>PAGA ACTION<br><br>**JOINT REPORT RE STATUS OF SETTLEMENT**<br><br>Action Filed: October 7, 2020<br>Action Removed: December 9, 2021 |

1  Dorothy S. Liu, Esq. (SBN 196369)
   Email: dliu@hansonbridgett.com
2  Emily Jane Leahy, Esq. (SBN 253866)
   Email: eleahy@hansonbridgett.com
3  Josue R. Aparicio, Esq. (SBN 322750)
4  Email: japaricio@hansonbridgett.com
   **HANSON BRIDGETT LLP**
5  425 Market Street, 26th Floor
   San Francisco, California 94105
6  Telephone: (415) 777-3200
7  Facsimile: (415) 541-9366

8  Attorneys for Defendants
   CEMEX CONSTRUCTION
9  MATERIALS PACIFIC, LLC; CEMEX
   CONSTRUCTION MATERIALS
10 SOUTH, LLC; CEMEX TRUCKING,
11 INC.; and CEMEX, INC.

**JOINT REPORT RE STATUS OF SETTLEMENT**

**2**

Pursuant to THE Court's Order Granting Joint Stipulation to Vacate Trial and Pretrial Dates (Dkt. 50), Plaintiff JUAN RAZO ("Plaintiff") and Defendants CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC; CEMEX CONSTRUCTION MATERIALS SOUTH, LLC; CEMEX TRUCKING, INC.; and CEMEX, INC. (collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties") by and through their counsel of record, hereby submit the following Joint Report Re Status of Settlement.

The Parties have narrowed down their contentions with the Settlement Agreement to one (1) issue. Because the Parties have extensively met and conferred on the issue with no resolution in sight, Plaintiff proposes an informal conference with the Court in hopes that the Court can help the Parties resolve the issue. Once resolved, the Settlement Agreement can be finalized, and Plaintiff will prepare the Motion for Approval.

Dated: July 24, 2023

Respectfully submitted,
**LAVI & EBRAHIMIAN, LLP**

By: /s/ Courtney M. Miller
Joseph Lavi, Esq.
Vincent C. Granberry, Esq.
Courtney M. Miller, Esq.
Attorneys for Plaintiff JUAN RAZO on behalf of himself and all other current and former aggrieved California-based hourly non-exempt employees

| | | |
|---|---|---|
| Dated: July 24, 2023 | | Respectfully submitted,<br>**HANSON BRIDGETT LLP**<br><br>By:  /s/ Dorothy S. Liu<br>         Dorothy S. Liu, Esq.<br>         Emily Jane Leahy, Esq.<br>         Josue R. Aparicio, Esq.<br>         Attorneys for Defendants<br>         CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC; CEMEX CONSTRUCTION MATERIALS SOUTH, LLC; CEMEX TRUCKING, INC.; and CEMEX, INC. |

## SIGNATURE CERTIFICATION

I, Courtney M. Miller, am the CM/ECF User whose login and password are being used to file this Joint Report Re Status of Settlement. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 24, 2023    **LAVI & EBRAHIMIAN, LLP**

By: /s/ Courtney M. Miller
Courtney M. Miller, Esq.